[No. 21062–9–I. Division One. January 9, 1989.]

LITTLER'S, INC., *Appellant,* v. KINSELLA WOODWORKS COMPANY, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–04727–5, John M. Darrah, J., entered August 31, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson, J., and Patrick, J. Pro Tem.

[No. 21318–1–I. Division One. January 9, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. OBDULIO HERNANDEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 87–1–00200–3, Harry A. Follman, J., entered November 13, 1987. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Webster and Pekelis, JJ.

[No. 21014–9–I. Division One. January 9, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM LOUIS DOWNEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–03791–4, Mary Wicks Brucker, J., entered September 1, 1987. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Webster and Pekelis, JJ. Now published at 53 Wn. App. 543.